PROB12A1

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## REPORT OF OFFENDER NON-COMPLIANCE

| | |
|---|---|
| **Offender Name:** | Hakop MAKSEREDZHYAN |
| **Docket Number:** | 2:01CR00305-01 |
| **Offender Address:** | Los Angeles, California |
| **Judicial Officer:** | Honorable Garland E. Burrell, Jr.<br>Chief United States District Judge<br>Sacramento, California |
| **Original Sentence Date:** | 08/08/2003 |
| **Original Offense:** | 18 USC 1347 - Health Care Fraud<br>(CLASS C FELONY) |
| **Original Sentence:** | 21 months Bureau of Prisons; 3-year term of supervised release; $100 special assessment; $714,634 restitution. |
| **Special Conditions:** | Not dissipate assets; Financial disclosure; Financial restrictions; Not discharge restitution in bankruptcy proceeding; Employment restrictions. |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | 03/05/2005 |
| **Assistant U.S. Attorney:** | To be determined      **Telephone:** (916) 554-2700 |
| **Defense Attorney:** | Ed Tolmas (Retained)      **Telephone:** (213) 624-4001 |
| **Other Court Action:** | None. |

RE:   Hakop MAKSEREDZHYAN
      Docket Number:   2:01CR00305-01
      **REPORT OF OFFENDER NON-COMPLIANCE**

---

## NON-COMPLIANCE SUMMARY

The purpose of this report is to advise the Court of an alleged violation of the terms of supervision. The Probation Officer has developed a plan to dispose of the alleged non-compliance with action less than revocation, and the Court is requested to approve the plan to address the non-compliance.

### 1.   IRREGULAR FINE/RESTITUTION PAYMENTS

Offender will owe an outstanding balance toward restitution when the term of supervised release expires on March 4, 2008.

**Details of alleged non-compliance:**   Since the offender's release, he has been supervised in the Central District of California. According to the supervising probation officer, the offender has paid $1,915 towards his restitution, leaving an unpaid balance of $712,719. Throughout the period of supervision, the offender's economic circumstances have been monitored for changes that might affect his ability to pay. Computer asset searches of the AutoTrack database uncovered no reported assets. When appropriate, the payment schedule was modified to ensure required payments are commensurate with the offender's financial ability. Income has remained stable and the offender has complied with complete financial disclosure. He is in compliance with all other supervision terms and conditions. He will be instructed to continue submitting payments following expiration of supervision.

**United States Probation Officer Plan/Justification:**   We are requested the case be allowed to expire as scheduled on March 4, 2008. The United States Attorney's Office, Financial Litigation Unit, will be notified and a copy of the Judgment and Commitment Order will be provided so they may pursue collection as permitted by statute.

**RE:**   Hakop MAKSEREDZHYAN
         Docket Number:   2:01CR00305-01
         <u>REPORT OF OFFENDER NON-COMPLIANCE</u>

Respectfully submitted,

/s/   Cynthia J. Mazzei

**CYNTHIA J. MAZZEI**
**United States Probation Officer**
Telephone:  (916) 930-4315

**DATED:**   October 10, 2007
             Sacramento, California
             CJM:jz

**REVIEWED BY:**   /s/   Kyriacos M. Simonidis
                   **KYRIACOS M. SIMONIDIS**
                   **Supervising United States Probation Officer**

---

**THE COURT ORDERS:**

(X)   The Court Approves Probation Officer's Plan, and Orders No Further Action Be Taken At This Time.

( )   Submit a Request for Modifying the Conditions or Term of Supervision.

( )   Submit a Request for Warrant or Summons.

( )   Other:

**Dated: October 19, 2007**

*[signature]*

**GARLAND E. BURRELL, JR.**
**United States District Judge**

**RE:** Hakop MAKSEREDZHYAN
　　　 Docket Number:   2:01CR00305-01
　　　 <u>REPORT OF OFFENDER NON-COMPLIANCE</u>

cc:　United States Probation
　　　Daniel Lindhardt, Assistant United States Attorney
　　　Ed Tolmas, Defense Attorney