PHILLIP A. TALBERT
United States Attorney
ELLIOT WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HAKOP MAKESEREDZHYAN,<br><br>Defendant. | CASE NO. 2:01-CR-00305-TLN<br><br>ORDER |

    On October 7, 2024, the Respondent requested an extension of time to November 8, 2024, to file its motion to dismiss or response to Defendant's petition for writ of coram nobis. ECF 29.

    IT IS HEREBY ORDERED that the Respondent's request for an extension is granted. The response is now due November 8, 2024.

Dated: October 7, 2024

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE