Michael H. Artan (State Bar No. 97393)
35 North Lake Avenue, Suite 710
Pasadena, CA 91101
Mobile: 213/407-2985  Fax: 213/402-3132
Email: mha@artanlawapc.com

*Counsel for Defendant
Hakop Makseredzhyan*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>HAKOP MAKSEREDZHYAN,<br><br>    Defendant.<br>_____/ | Case No.: 2:01-CR-00305-TLN<br><br>**ORDER RE EXTENSION OF TIME TO OPPOSE GOVERNMENT'S MOTION TO DISMISS**<br><br>Opposition Due: November 14, 2024<br>Requested Date: November 21, 2024<br><br>Case Pending in the Courtroom of the Honorable Troy L. Nunley |

The parties having stipulated and good cause appearing for the relief sought, **IT IS HEREBY ORDERED** that Defendant is granted an additional week, through November 21, 2024, to file his Opposition to the government's Motion to Dismiss.

Dated: November 13, 2024

_____
Troy L. Nunley
Chief United States District Judge

ORDER RE STIPULATION TO EXTEND TIME FOR OPPOSITION - 1